# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD KING

NO. 2019 KW 1346

DEC 0 6 2019

---

In Re:  Edward King, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 53620.

---

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT GRANTED** for the sole purpose of transferring the writ application to the district court, for consideration as a petition for a writ of habeas corpus. The original of the writ application will be forwarded to the district court clerk of court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT